USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2020

# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
CKLee@leelitigation.com

July 21, 2020

**Via ECF**:
The Honorable Stewart D. Aaron, U.M.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Request GRANTED. The time to serve the Defendants shall be extended until September 4, 2020. The telephone conference currently scheduled for July 28 is adjourned sine die. SO ORDERED.
> Dated: 7/22/2020

Re: *Peral v. Tower157, LLC et al*
Case No. 20-cv-03197 (PGG) (SDA)

Dear Judge Aaron:

We represent Plaintiff, and we write in response to your Honor's Order of July 20, 2020, which scheduled a Conference for July 28, 2020 at 11:00 a.m. to discuss the status of service and the status of the case. Plaintiff writes requesting the following: (1) requesting the Court reschedule the time of the July 28, 2020 conference to later in the day as Plaintiff's counsel already has a conference scheduled for 11:00 a.m. and (2) requesting an extension of its time to serve Defendants.

Additionally, Plaintiff is still in the process of serving Defendants in this action. On April 22, 2020, Plaintiff filed its complaint in the District Court. At the time Plaintiff filed its complaint, Plaintiff's process server and Plaintiff's attorney's office were closed due to COVID-19. Plaintiff's process server has only recently resumed its operations.

Plaintiff has not exceeded its 90-day service window, which ends today July 21, 2020, and Plaintiff respectfully requests that the Court grant an extension of 45 days, giving Plaintiff time to serve until Friday, September 4, 2020.

We thank the Court for considering this request. This is Plaintiff's first request for an adjournment and first request for an extension of time to serve.

Respectfully submitted,

*/s/ CK Lee*
C.K. Lee, Esq.