```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miguel Peral, on behalf of himself and FLSA Collective Plaintiffs,

                Plaintiff,

-against-

Tower157, LLC et al.,

                Defendants.

1:20-cv-03197 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered that the Initial Pretrial Conference scheduled for today is adjourned until December 9, 2020 at 10:00 a.m. to allow the parties to pursue mediation. No later than December 7, 2020, the parties shall submit a revised proposed case management plan.

At the time of the conference, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
            October 15, 2020

_____
STEWART D. AARON
United States Magistrate Judge