USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miguel Peral, on behalf of himself and FLSA Collective Plaintiffs,

           Plaintiff,

-against-

Tower157, LLC et al.,

           Defendants.

1:20-cv-03197 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The Court is aware that the mediation scheduled in this action was not held as the parties represented that they have reached a settlement. (*See* ECF No. 42.) Accordingly, it is hereby Ordered that, no later than Monday, November 30, 2020, the parties shall file a joint letter setting forth a proposed deadline for the parties to submit their proposed settlement agreement and related papers for the Court's review. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

It is further Ordered that the parties shall discuss whether they are willing to consent to proceed before the undersigned for all purposes, in accordance with 28 U.S.C. § 636(c), and shall indicate as such in their joint letter. If any party has not consented, the parties shall not indicate which of the parties has not consented but shall merely state that there has not been consent by all parties.

**SO ORDERED.**

DATED: New York, New York
November 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge

2