UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL PERAL, *on behalf of himself and FLSA Collective Plaintiffs*,

        Plaintiff,

  -against-

TOWER157, LLC, BROADWAY 152 LLC, MORNINGSIDE HEIGHTS REALTY, LLC, 201 WEST 84TH STREET, LLC, GILI HABERBERG, and ROBERT SEIDEN,

        Defendants.

Case No.: 20-cv-03197

[~~PROPOSED~~]
**RULE 68 JUDGMENT**

---

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants TOWER157, LLC, BROADWAY 152 LLC, MORNINGSIDE HEIGHTS REALTY, LLC, GILI HABERBERG, and ROBERT SEIDEN, (collectively, "Defendants"), having offered to allow Plaintiff MIGUEL PERAL ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Forty-Seven Thousand Five Hundred Dollars and No Cents ($47,500.00), in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated December 10, 2020 and filed as Exhibit A to Docket Number 47;

    **WHEREAS**, on December 10, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 47);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 10, 2020 and filed as Exhibit A to Docket Number 47. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: __December 11__, 2020
      New York, New York

                                        Judge Paul G. Gardephe
                                        United States District Judge